**Edward GOODMAN, Appellant**

v.

**PA DEPARTMENT OF CORRECTIONS, Appellee.**

Supreme Court of Pennsylvania.

Jan. 22, 2013.

### *ORDER*

PER CURIAM.

**AND NOW,** this 22nd day of January, 2013, the order of the Commonwealth Court is hereby **AFFIRMED.**

Jurisdiction relinquished.

**COMMONWEALTH of Pennsylvania, Appellant**

v.

**Muhammed D. LEAVY, Appellee.**

Supreme Court of Pennsylvania.

Submitted Feb. 1, 2012.

Filed Jan. 22, 2013.

### *ORDER*

PER CURIAM.

**AND NOW,** this 22nd day of January, 2013, the appeal is dismissed as having been **IMPROVIDENTLY GRANTED.**

Madame Justice ORIE MELVIN did not participate in the consideration or decision of this case.